UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

WILLIAM LYNN CLAUSSEN,
    Plaintiff,

vs.                                                                                                                                                                                    09-1339

VICTOR TRANSCOSO, et al.
    Defendants.

## DISMISSAL ORDER

      This cause is before the court for case management. The pro se plaintiff filed his complaint pursuant to 42 U.S.C.§1983 against Warden Victor Transcoso from the Illinois River Correctional Center and various unspecified John Doe defendants. On November 9, 2009, the court conducted a merit review and dismissed the plaintiff's complaint for failure to state a claim upon which relief could be granted pursuant to Fed. R. Civ. Proc. 12(b)(6) and 28 U.S.C. Section 1915A and violation of Rule 8 of the Federal Rules of Civil Procedure. *See* November 9, 2009 Merit Review Order.

      The plaintiff alleged that he tripped over a hose that was left on the floor and had injured his shoulder. The plaintiff alleged that the defendants were deliberately indifferent to his health and safety, but failed to allege how Defendant Warden Transcosco was responsible for the incident or how the Warden would know about the danger prior to the incident. In addition, the plaintiff had failed to name any other potential defendant.

      Therefore, the plaintiff was given additional time to file an amended complaint. The plaintiff was advised that he must file his amended complaint on or before December 4, 2009 or his case could be dismissed. The plaintiff had provided the court with his new address, and a copy of the order was sent to this location. However, several months have passed and the plaintiff has failed to respond to the court order. The plaintiff has apparently lost interest in pursuing this litigation.

      **IT IS THEREFORE ORDERED that:**

      **1) The plaintiff's complaint is dismissed for failure to follow a court order and failure to prosecute with due diligence pursuant to Federal Rules of Civil Procedure 37(b) and 41(b). This case is dismissed in its entirety without prejudice. All pending motions are denied as moot. [d/e 2]**

      **2) Although the plaintiff's case has been dismissed and he has been released from custody, he is still responsible for full payment of the $350 filing fee.**

Entered this 26th Day of March, 2010.

                                                        **s\Harold A. Baker**
                                _____
                                            HAROLD A. BAKER
                              UNITED STATES DISTRICT JUDGE